No. 89–5042.   BENZEL *v.* GRAMMER, INDIVIDUALLY AND AS WARDEN OF NEBRASKA STATE PENITENTIARY, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–5056.   SILVAGGIO *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–5096.   FRANKS ET AL. *v.* HARWELL, SHERIFF, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 89–5178.   MOSIER *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 89–5184.   RUTHERFORD *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 89–5187.   CANNIZZARO *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–5216.   CAMPBELL *v.* McCORMICK, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 89–5249.   SMITH *v.* BUTLER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.   C. A. 1st Cir.   Certiorari denied.

No. 89–5252.   SALAMONE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–5291.   LUFKIN *v.* NASSAU COUNTY POLICE DEPARTMENT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 89–5309.   PRENZLER *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–5314.   LUFKIN *v.* SHELL OIL CO. ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89–5315.   HADDAD *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–5320.   EDWARDS *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.